

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00288-CV

Scherry **JEFFCOAT**,
Appellant

v.

James **ARNOLD**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 101202B
Honorable M. Rex Emerson, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  May 29, 2013

MOTION TO DISMISS GRANTED; DISMISSED

        Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM